JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARY ENTERPRISES, dba THE GARY GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>REBECCA COSTELL, GINO SESTO, AND MULTI MEDIA ADVERTISING,<br><br>Defendants. | **CASE NO. CV-12-0142-RGK (FMOx)**<br><br>*[Assigned to the Honorable R. Gary Klausner]*<br><br>**[~~PROPOSED~~] FINAL JUDGMENT AND PERMANENT INJUNCTION** |

This matter having come before the Court on the Joint Stipulation for Entry of Final Judgment and Permanent Injunction of Plaintiff, Richard Gary Enterprises, dba The Gary Group, and Defendants MULTI media Advertising, a California sole proprietorship, and individuals Gino Sesto, and Rebecca Costell, and after considering the matter and reviewing all submissions:

**THE COURT FINDS THAT**:

1.  This is an action for Trespass to Chattels, Breach of the Computer Fraud and Abuse Act, and Misappropriation of Trade Secrets. The Court has jurisdiction

over the subject matter of the action and personal jurisdiction over the parties, and venue is proper in this district and division.

2. Plaintiff Richard Gary Enterprises, dba The Gary Group ("Plaintiff") has taken initial discovery in the Lawsuit, and has named as Defendants in its First Amended Complaint MULTI media Advertising, a California sole proprietorship, and individuals Gino Sesto, and Rebecca Costell (the "Defendants").

3. Defendants consent to the jurisdiction of the court and have entered into a Settlement Agreement to resolve the suit brought by Plaintiff.

4. Plaintiff and Defendants have agreed to the entry of a Final Judgment and Permanent Injunction.

**NOW THEREFORE**, based upon the foregoing, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Defendants, and each of them, and any of their current (at the time of the conduct subject to this Judgment) officers, directors, agents, employees, shareholders, attorneys, insurers, parent companies, subsidiaries, divisions, affiliates, representatives, successors and assigns be **PERMANENTLY ENJOINED** and restrained from:

    a. Intentionally accessing any protected computer and/or email system belonging to Plainitff without authorization, or in excess of authorized access, whether or not such conduct, causes any damage or loss;

    b. Intentionally interfering with the operation of any computer, email system, server, or network device belonging to Plaintiff;

    c. Misappropriating, improperly acquiring, using for any purpose, conveying to others, or improperly disclosing the trade secrets of the Plaintiff, including but not limited to:

        i. Acquisition of Plaintiff's trade secrets by theft, bribery, misrepresentation, breach or inducement of a breach of a duty to maintain secrecy, or espionage or other wrongful conduct, through electronic or other means;

        ii. Disclosure or use of improperly acquired trade secrets belonging to

Plaintiff without Plaintiff's express written consent;

    d.    Otherwise engaging in any unlawful acts, including, but not limited to competing unfairly with Plaintiff under California law, or otherwise causing injury to the business reputation of Plaintiff.

And it is further **ORDERED** that all remaining causes of action, and all Doe Defendants are hereby dismissed with prejudice, with each party hereto to bear its own attorneys' fees and costs.

    e.    The Clerk shall enter this Judgment forthwith.

**IT IS SO ORDERED.**

DATED: June 18, 2012    By: *[signature: Gary Klausner]*

Honorable R. Gary Klausner
United States District Court Judge
Central District of California